1064

[No. 50101-1-I.   Division One.   December 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY A. KINNEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-06521-0, Jeffrey M. Ramsdell, J., entered February 19, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Appelwick, J., concurred in by Becker, C.J.; Ellington, J., concurs separately. Now published at 120 Wn. App. 327.

[No. 50179-8-I.   Division One.   December 29, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CALVIN CHRISTOPHER CHAMBERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04789-8, Richard McDermott, J., entered March 8, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker, C.J., and Appelwick, J.

[No. 50186-1-I.   Division One.   December 29, 2003.]

*In the Matter of the Parentage of* H.F.

TODD LEE FORDHAM, *Appellant*, v. GRETCHEN M. DEWITT, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-5-00126-3, Joseph A. Thibodeau, J., entered January 3, 2002. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Appelwick, JJ.

[No. 50259-0-I.   Division One.   December 29, 2003.]

VICTORIA HANSEN, ET AL., *Appellants*, v. GARY LA MAR ROGERS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-18930-3, William L. Downing, J., entered March 8, 2002. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Baker and Schindler, JJ.